**[J-41-2024]**
**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COUNTY OF NORTHUMBERLAND, | : | No. 35 MAP 2023 |
| | : | |
| Appellee | : | Appeal from the Order of the |
| | : | Commonwealth Court dated |
| | : | October 19, 2022 at No. 982 CD |
| v. | : | 2021 Affirming the Order of the |
| | : | Northumberland County Court of |
| | : | Common Pleas, Civil Division, dated |
| TOWNSHIP OF COAL, | : | August 23, 2021 at No. CV-18-85. |
| | : | |
| Appellant | : | ARGUED: May 15, 2024 |

## ORDER

**PER CURIAM**                                                    **DECIDED: July 17, 2024**

**AND NOW,** this 17th day of July, 2024, the appeal is **DISMISSED** as having been improvidently granted.

Justice Brobson dissents.